UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**OMA, LLC,**

    **Plaintiff,**

v.                                           Case No.  8:08-CV-529-T-30MAP

**GUARDIAN KNIGHT SECURITY, LLC,**
**et al.,**

    **Defendants.**
_____/

# **ORDER**

This cause comes before the Court upon a Suggestion of Bankruptcy (Dkt. 18) filed by Defendant Guardian Knight Security, LLC, May 14, 2008, which states that Guardian filed a Petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Kansas on May 8, 2008.  Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. Pursuant to the provisions of 11 U.S.C. § 362, this case is automatically **STAYED**.

2. The Clerk is directed to administratively **CLOSE** this case.

3. Plaintiff may reinstate this case to active status, upon proper motion at the conclusion of the bankruptcy proceedings, should this suit not be resolved by those

proceedings. If this suit is resolved by the bankruptcy proceedings, Plaintiff shall promptly move for dismissal of this case.

4. Plaintiff is directed to file and serve **on or before January 1, 2009, and every six months thereafter**, a status report regarding the Defendant's bankruptcy proceedings.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Parties/Counsel of Record

S:\Odd\2008\08-cv-529 Stay Bankruptcy.frm