UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OMA, LLC,

    Plaintiff,

v.                                                     Case No.  8:08-cv-529-T-30MAP

GUARDIAN KNIGHT SECURITY, LLC,
et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #27). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 12, 2011.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-529.stip 27.wpd